**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **PEOPLE10 TECHNOLOGIES INC.** | ) | Case No. 1:20-cv-00762 |
| | ) | |
| Plaintiff/ | ) | (Judge Timothy S. Black) |
| Counterclaim | ) | |
| Defendant, | ) | (Magistrate Judge Stephanie K. Bowman) |
| -v- | ) | |
| | ) | |
| **ALVEO HEALTH, LLC** | ) | **STIPULATED ENTRY OF FINAL** |
| Defendant/ | ) | **DISMISSAL, WITH PREJUDICE** |
| Counterclaim | ) | |
| Plaintiff. | ) | |

The above matter having been compromised and settled, and Plaintiff/Counterclaim Defendant People10 Technologies Inc. and Defendant/Counterclaim Plaintiff Alveo Health LLC (collectively the "Parties") having entered into a written Settlement Agreement and Mutual Release ("Settlement Agreement") effective as of September 15, 2022, which disposes of claims between them, except those claims related to performance, breach or enforcement of the Settlement Agreement, and the Parties having preserved this Court's continuing jurisdiction over this matter after entry of final judgment in accordance with the pronouncement of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-382 (1994), and the Court being duly advised;

IT IS HEREBY ORDERED pursuant to Fed. R.Civ. Pro. 41(a)(2), that all claims and counterclaims which have been raised or could have been raised by each of the Parties against the other, shall be dismissed, with prejudice, subject to the terms of the Settlement Agreement, with each party to bear its own costs, expenses and attorney's fees; provided, however, the Court shall maintain continuing jurisdiction over this action related to any and all claims related to performance, breach and/or enforcement of the terms of the Settlement Agreement.

- 2 -

SO ORDERED this   26   day of   September  , 2022.


          *s/Timothy S. Black*
Judge Timothy S. Black
United States District Court


STIPULATED AND AGREED:

| /s/ *Daniel E. Izenson* | /s/ *David S. Blessing* (per email auth. 9/23/22) |
|---|---|
| Daniel E. Izenson (0047086) | David S. Blessing (0078509) |
| Paul R. Kerridge (0092701) | Attorney for Defendant |
| Keating Muething & Klekamp, PLL | Blessing & Wallace Law, LLC |
| One East Fourth Street, Suite 1400 | 119 East Court Street, Suite 500 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Tel: (513) 579-6480 | Telephone: (513) 621-9191 |
| Fax: (513) 579-6457 | Fax: (513) 621-7086 |
| dizenson@kmklaw.com | E-mail: david@blessingwallacelaw.com |
| pkerridge@kmklaw.com | |
| | *Attorney for Defendant/Counterclaim Plaintiff Alveo Health LLC* |
| *Attorneys for Plaintiff/ Counterclaim Defendant People10 Technologies Inc.* | |

11982763.1